# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUSTIN M. BLEDSOE**      **PLAINTIFF**
**ADC #149834**

v.      **CASE NO. 5:19-CV-00279-BSM**

**WENDY KELLEY,** *et al*.      **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Justin Bledsoe's objections, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 8] is adopted, and Justin Bledsoe's amended complaint [Doc. No. 6] is dismissed without prejudice.

This dismissal constitutes a strike for purposes of 28 U.S.C. section 1915(g) and, pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 5th day of February, 2020.

                                 _____
                                 UNITED STATES DISTRICT JUDGE